UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:21-CR-217-1D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| JOHN CAMARDA | ) | |
| Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for December 13, 2021, in Raleigh. The case is hereby CONTINUED to January 2022 in Raleigh, North Carolina.

This  1  day of November 2021.

James C. Dever III
U.S. District Judge