UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-217-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN CAMARDA | ORDER |

On motion of the Defendant, John Camarda, and for good cause shown, it is hereby ORDERED that **[DE 49]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This **23** day of **May**, 2022.

_____
JAMES C. DEVER, III
United States District Judge